IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BRODERICK STUART SANDERS**                                    **PLAINTIFF**

V.                                                                       **NO. 1:10CV0246-D-S**

**RICHARD VAUGHN, et al.**                                       **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated June 29, 2011, was on that date duly served by mail upon Plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation (docket entry 16) of the United States Magistrate Judge dated June 29, 2011, is hereby APPROVED and ADOPTED as the opinion of the court;

2) the Plaintiff's claims are dismissed with prejudice; and

3) this matter is CLOSED.

THIS the 27th day of July, 2011.

/s/ Glen H. Davidson
SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI